UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NARCISO JOSE ALEJANDRO CASTELLANOS**,
on behalf of himself and others similarly situated,

Plaintiff,  CASE NO. 14-cv-12609
HON. Stephen J. Murphy, III

v.

**WORLD WIDE DISTRIBUTION SYSTEMS USA**,
**LLC** d/b/a **SYSTEMS USA, SYSTEMS USA INC.,**
**SYSTEMS USA CONSULTING LLC, RAJAT MOHAN,**
**ROMI MOHAN, RAHUL MOHAN, JESSICA RODRIGUEZ**
and **DOES 1-4**

  Defendants.
_____/

## STIPULATED ORDER OF DISMISSAL WITH PREDJUDICE AND WITHOUT COSTS

NOW COMES Defendants by and through their attorney, NICOLE M. MARSHALL, and now comes Plaintiffs' counsel, JORGE SANCHEZ, who hereby stipulate and agree to the following Order for Dismissal with Prejudice and without Costs:

UPON STIPULATION of the parties and the Court being fully advised in the premises:

IT IS HEREBY ORDERED as follows:

1. The Defendants: Romi Mohan, Rahul Mohan, and Systems USA Consulting, LLC are hereby dismissed from the above matter with prejudice and without costs to either party.

2. Defendants counter-claim for breach of contract against Plaintiff, Narciso Jose Alejandro Castellanos is hereby dismissed with prejudice and without costs to either party.

SO ORDERED.

Dated: June 6, 2017                s/Stephen J. Murphy, III
                                   STEPHEN J. MURPHY, III
                                   United States District Court Judge


Presented and signed: June 2, 2017

APPROVED AS TO FORM AND
CONTENT AND MAY BE SIGNED
BY THE COURT IMMEDIATELY:

/s/Jorge Sanchez                          /s/Nicole M. Marshall
Jorge Sanchez (Illinois ARDC #6244796)    Nicole M. Marshall (P73739)
Attorneys for Plaintiffs                  Attorney for Defendants
Lopez & Sanchez                           189 W. Clarkston Rd., Ste 6
77 W. Washington St, Ste 1313             Lake Orion, MI 48362
Chicago, IL 60602                         (248) 830-1044
(312) 420-6784