# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **NARCISO JOSE ALEJANDRO CASTELLANOS**, on behalf of himself and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>**WORLD WIDE DISTRIBUTION SYSTEMS USA, LLC d/b/a SYSTEMS USA, SYSTEMS USA INC., et al.**<br><br>　　　　　Defendants. | CASE NO. 14-cv-12609<br><br>Hon. Stephen J. Murphy III<br><br>Magistrate: Stephen Whalen |

## STIPULATED ORDER DISMISSING COUNT IV OF PLAINTIFF'S COMPLIANT WITH PREJUDICE

UPON STIPULATION of the parties and the Court being fully advised in the premises:

IT IS ORDERED that Count IV of Plaintiff's Complaint (Dkt. #1) regarding the Trafficking Victims Protection Act, 18 U.S.C. § 1595, is DISMISSED with prejudice and without costs to any party.

SO ORDERED.

　　　　　　　　　　　　　　　　　　s/Stephen J. Murphy, III
　　　　　　　　　　　　　　　　　　STEPHEN J. MURPHY, III
Dated: July 17, 2017　　　　　　　　United States District Judge

STIPULATED AS TO FORM AND CONTENT:

| | |
|---|---|
| /s/ *Jorge Sanchez* | /s/ *Michael C. Simoni* |
| Jorge Sanchez (Illinois ARDC #6244796) | Michael C. Simoni (P70042) |
| Lopez & Sanchez | Miller, Canfield, Paddock & Stone, P.L.C. |
| 77 W. Washington St., Suite 1313 | 840 W. Long Lake Rd., Suite 150 |
| Chicago, IL  60602 | Troy, MI 48098 |
| (312) 420-6784 | (248) 879-2000 |
| | simoni@millercanfield.com |
| *Attorneys for Plaintiffs* | Nicole M. Marshall |
| | 189 W. Clarkston Rd., Suite 6 |
| | Lake Orion, MI 480362 |
| | (248) 830-1044 |
| | *Attorneys for Defendants Worldwide Distribution Systems USA LLC, Rajat Mohan, and Jessica Rodriguez* |