UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NARCISO JOSE ALEJANDRO
CASTELLANOS,

      Plaintiff,

v.

WORLDWIDE DISTRIBUTION SYSTEMS
USA, LLC, et al.,

      Defendants.

_____/

Case No. 2:14-cv-12609

HON. STEPHEN J. MURPHY, III

## STIPULATED ORDER
## DISMISSING DEFENDANT'S UNJUST ENRICHMENT CLAIM

Pursuant to the parties' stipulation, it is ordered that Defendant Worldwide Distribution Systems USA, LLC's counterclaim for unjust enrichment, ECF 12, is dismissed with prejudice and without costs to any party.

**SO ORDERED.**

                                              s/ Stephen J. Murphy, III
                                              STEPHEN J. MURPHY, III
                                              United States District Judge

Dated: December 15, 2017

Agreed as to Substance:

/s/ Jorge Sanchez                                       /s/ Michael C. Simoni
Jorge Sanchez                                           Michael C. Simoni
Attorney for Plaintiff                              Attorney for Defendants

1