UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NARCISO JOSE ALEJANDRO
CASTELLANOS,                        Case No. 2:14-cv-12609

     Plaintiff,                          HON. STEPHEN J. MURPHY, III

v.

WORLDWIDE DISTRIBUTION SYSTEMS
USA, LLC, et al.,

     Defendants.

_____/

**STIPULATED ORDER OF DISMISSAL**

Pursuant to the parties' stipulation, it is ordered that Plaintiff Narciso Jose Alejandro Castellanos's claims are dismissed in their entirety with prejudice and without costs to any party.

**SO ORDERED.**

                                                s/ Stephen J. Murphy, III
                                                STEPHEN J. MURPHY, III
                                                United States District Judge

Dated: February 20, 2018

Agreed as to Substance:

| | |
|---|---|
| /s/ *Jorge Sanchez* | /s/ *Michael C. Simoni* |
| Jorge Sanchez (Illinois ARDC #6244796) | Michael C. Simoni (P70042) |
| Lopez & Sanchez | Miller, Canfield, Paddock & Stone, P.L.C. |
| 77 W. Washington St., Suite 1313 | 840 W. Long Lake Rd., Suite 150 |
| Chicago, IL 60602 | Troy, MI 48098 |
| (312) 420-6784 | (248) 879-2000 |
| | simoni@millercanfield.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Worldwide Distribution Systems USA LLC, Rajat Mohan, and Jessica Rodriguez* |